472 A.2d 246

Commonwealth v. Glassmire, Appellant.

 Submitted

October 21, 1983. Joan A. Brown, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and WIEAND and MONTEMURO, JJ.

Judgment of sentence affirmed.

SPAETH, P.J., concurred in the result.